UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACCELERANT NATIONAL INSURANCE
COMPANY,

                     Plaintiff,

      v.

BLUE GAME MARINE, LLC and TIM
O'BRIEN

                     Defendants.

No.  24-CV-679 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 16, 2024, the Court ordered the parties—or, if no Defendant had appeared, Plaintiff—to file a letter updating the Court as to the status of this matter.  *See* Dkt. No. 12.  On May 13, 2024, Plaintiff filed a status letter, indicating that no Defendant has appeared in this action despite being served and that Plaintiff "intends on moving for a default judgment, and will file the appropriate motion shortly."  Dkt. No. 13.  To date, no Defendant has appeared, and Plaintiff has not moved for default judgment.

If Plaintiff still intends to move for default, it shall do so no later than July 18, 2024.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff shall serve a copy of this Order on Defendants and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    June 18, 2024
           New York, New York

_____
Hon. Ronnie Abrams
United States District Judge